FILED
MARTHA J. SMITH
MAR 09 2016
1:21
CIRCUIT CLERK
CLARK COUNTY, ARKANSAS

IN THE CIRCUIT COURT OF CLARK COUNTY, ARKANSAS
C.V. DIVISION

DEVYAN HENDERSON and
RACHE HENDERSON                                              PLAINTIFFS

VS.                    NO.: 10CV-16-45

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                            DEFENDANT

## COMPLAINT

COMES NOW the Plaintiffs, Devyan Henderson and Rache Henderson, by and through their counsel, Bryce Brewer and Bryce Brewer Law Firm, LLC, and for their cause of action against the Defendant, State Farm Mutual Automobile Insurance Company, hereby states the following:

### 1. JURISDICTION AND VENUE

1. This is an action for personal injury arising out of the Plaintiffs being struck by a car that lost control, veered across the median and into westbound Traffic on Interstate 30 at the 68 mile marker. A vehicle operated by Tyler Carter, while traveling too fast for conditions and traffic, lost control of his vehicle and struck the Hendersons' vehicle causing the loss of life to the passenger in the Carter vehicle later the life of Carter himself and serious, permanent injuries, physical, mental and emotional to Devyan and Rache Henderson, brother and sister. The incident complained of occurred in Clark County, Arkansas. Tyler Carter was an underinsured motorist with insufficient liability insurance coverage when he struck the vehicle operated by Deyyan Henderson and his passenger, Rache Henderson, on March 10, 2013. This Court has

1

jurisdiction pursuant to Ark. Code Ann. §16-13-201 with venue being proper in Clark County, Arkansas pursuant to Ark. Code Ann. §16-60-101 in that the collision occurred in Clark County, Arkansas.

## II.     PARTIES TO THE CLAIM

2. Plaintiff, Devyan Henderson is a resident of Little Rock, Pulaski County, Arkansas.

3. Plaintiff, Rache Henderson at the time of the collision was a resident of the state of Arkansas and now currently resides in Florida.

4. Defendant State Farm Mutual Automobile Insurance Company (hereinafter referred to as State Farm), is a foreign insurance company authorized and licensed to do business in the state of Arkansas, including, but not limited to Clark County, Arkansas, and upon information and belief, may be served with process at the Corporation Service Company, 300 Spring Building, Suite 900, 300 S. Spring Street, Little Rock, Arkansas 72201, which is its registered agent for service as listed by the Arkansas Insurance Department. State Farm is the underwriter of a policy of underinsured motorist coverage for the Plaintiffs.

## III.     THE CAUSE OF ACTION

5. On March 10, 2013, Devyan Henderson and Rache Henderson, brother and sister, were traveling west on Interstate 30 in Clark County, Arkansas when an underinsured motorist crossed the median of the Interstate striking the vehicle operated by Devyan Henderson.

6. The collision with the underinsured motorist was almost head-on, causing the Henderson vehicle to flip four (4) times after impact.

7. Plaintiff Rache Henderson was trapped in the wreckage and was removed by the use of the Jaws of Life.

8. Plaintiff, Devyan Henderson, suffered severe and permanent damages as a result of the collision with the underinsured motorist, including, but not limited to, loss of consciousness, a distal radius fracture of his wrist, scarring from surgery and resultant Keloid scarring from his injuries, a loss of use of his hand and wrists, loss of income, loss of earning capacity and severe mental and emotion scarring, horrendous pain and suffering, etc.

9. Plaintiff Rache Henderson suffered an open fracture of the right fifth metacarpal, severe injuries to her left ankle, surgical scarring, a loss of consciousness, a diagnosis of post concussion syndrome; post traumatic stress syndrome; adjustment disorder; anxiety and depression. She continually experiences vision and balance issues associated with her injuries.

## FAILURE TO PAY UNDERINSURED MOTORIST BENEFITS

10. At the time of the wreck detailed above, the Plaintiffs, through their father Ramon C. Henderson, had in effect with State Farm, a policy of insurance with underinsured motorist coverage. (Attached as *Exhibit A*). This coverage provided that in the event the Plaintiffs should be involved in a wreck caused by the negligence of an underinsured motorist, the damages would be compensated in an amount not to exceed the limits of said policy. As a direct and proximate result of Tyler Carter's negligence, the Plaintiffs have suffered injuries as stated in the Prayer for Relief.

11. Under the terms of said policy, Devyan and Rache Henderson were underinsured, in that Tyler Carter only carried a policy of liability insurance that was insufficient to compensate the Hendersons for their total damages.

12. Under the terms of the Hendersons' policy of insurance with State Farm, Devyan and Rache Henderson were underinsured motorists, and therefore, State Farm has a duty to pay benefits to Devyan Henderson and Rache Henderson in a sum consistent with their damages.

13. Devyan Henderson and Rache Henderson have complied with Ark. Code Ann. section 23-89-209(c) and (d) in placing State Farm on notice of the limits from Tyler Carter. See ***Exhibit B***.

14. State Farm has failed to pay said damages after demand has been made pursuant to the policy.

15. State Farm has failed to comply with the terms of the policy carried by the Plaintiffs. The Plaintiffs' claim that they are entitled to recover for damages set forth and restates them herein. There is no legal basis for State Farm's continuing failure to comply with the terms of the policy carried by the Hendersons.

16. Additionally, the Plaintiffs' are entitled to damages in the amount of 12% of the awarded damages and a reasonable attorney's fee for the prosecution and collection of loss.

## BAD FAITH

17. State Farm herein has engaged in a systematic course of conduct in dealing with its insured that has been dishonest, oppressive, and malicious. The Plaintiffs' have sustained extensive damages from such conduct and State Farm has engaged in such conduct in an attempt to avoid liability under its policy of insurance issued to the Plaintiffs. And, this conduct has proximately caused damages to the Plaintiffs.

18. The Plaintiffs' have been an insured of State Farm and have maintained no fault medical payments coverage and coverage for work loss. State Farm has wholly failed to make payment under their no fault medical pay coverage and no fault work loss coverage. The

Arkansas Supreme Court has specifically held that there is sufficient evidence of bad faith conduct, without a jury needing to resort to suspicion or conjecture, to support a finding of bad faith when an insurance company has failed to provide or pay work loss, business expenses, and no fault medical pay coverage.

## COMPENSATORY DAMAGES

19. As a sole and proximate result of the negligence of the underinsured driver as is set forth herein, Devyan Henderson has sustained and should recover the following damages:

   a. he has sustained injuries to his body as a whole including scaring and disfigurement;

   b. he has incurred medical bills and will experience future medical bills for the reasonable care and treatment of his condition;

   c. he has experienced excruciating pain and suffering and mental anguish in the past and will so experience pain and suffering and mental anguish in the future; and

   d. he has lost earning capacity, as well as the loss of the ability to earn in the future and a loss of past wages.

20. As a sole and proximate result of the negligence of the underinsured driver as is set forth herein, Rache Henderson has sustained and should recover the following damages:

   a. she has sustained injuries to her body as a whole including scaring and disfigurement;

   b. she has incurred medical bills and will experience future medical bills for the reasonable care and treatment of her condition;

    c.    she has experienced excruciating pain and suffering and mental anguish in the past and will so experience pain and suffering and mental anguish in the future; and

    d.    she has lost earning capacity, as well as the loss of the ability to earn in the future and a loss of past wages.

21. For all of which, Plaintiff, Devyan Henderson and Plaintiff Rache Henderson are entitled to recover damages within this Court's jurisdictional limits and for the limits of coverage for each individual occurrence.

## PUNITIVE DAMAGES

22. In addition to the compensatory damages for the actual losses sustained by the Plaintiffs, the conduct of State Farm, both express and implied, was intentional, willful, wanton, reckless and done with conscious indifference to the consequences, thereby entitling the Plaintiffs to punitive damages. Therefore, Plaintiffs should be awarded punitive damages in a total sum within the jurisdiction of this Court and in excess of federal diversity jurisdiction.

## DEMAND FOR JURY TRIAL

23. Plaintiffs demands a trial by jury on all issues herein plead.

WHEREFORE, the Plaintiffs Devyan Henderson and Rache Henderson, respectfully requests judgment against the Defendant for its failure to pay underinsured motorist benefits; for pre and post judgment interest; for additional damages in the amount of 12% of the awarded damages; for a trial by jury on all issues contained herein; for all costs herein expended; and for all other just and proper relief to which they may be entitled.

Respectfully submitted,

Bryce Brewer, AR Bar #2002013
Bryce Brewer Law Firm
800 West 4th Street
North Little Rock, AR 72114
501 978-3030
501 978-3050 – facsimile
bryce@brycebrewerlaw.com