IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DEVYAN HENDERSON and
RACHE HENDERSON                                                    PLAINTIFFS

v.                                    No. 6:16-CV-06032

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                  DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' joint motion to dismiss.  (Doc. 17).

It appearing that the parties are in agreement, IT IS THEREFORE ORDERED that the parties' joint motion is GRANTED, and the complaint herein is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 1st day of March, 2017.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

1